UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSELUIS MORALES,

    Plaintiff,            No. C 06-5828 PJH (PR)

   v.                                **JUDGMENT**

ROBERT A. HOREL and JOHN DOVEY,

    Defendants.
_____/

Pursuant to the order of signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: July 31, 2007.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\CR.06\MORALES,J828.JUD.wpd